29 A.3d 312

IN THE MATTER OF DAVID J. WITHERSPOON, AN ATTORNEY AT LAW (ATTORNEY NO. 001661994).

October 25, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DAVID J. WITHERSPOON** of **NEWARK,** who was admitted to the bar of this State in 1994, and who has been suspended from the practice of law since August 24, 2010, by Orders of this Court filed July 29, 2010 and March 10, 2011, be restored to the practice of law, effective immediately.

29 A.3d 312

IN THE MATTER OF JOSEPH A. FOGLIA, AN ATTORNEY AT LAW (ATTORNEY NO. 022171975).

October 26, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOSEPH A. FOGLIA,** formerly of **BAYONNE,** who was admitted to the bar of this State in 1975, and who has been suspended from the practice of law since December 10, 2007, by Orders of this Court filed December 10, 2007, and July 22, 2011, be restored to the practice of law, effective immediately.